# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 10-00040DAE-LEK |
| CASE NAME: | Philippe De La Couture, et al. Vs. United States of America |
| ATTYS FOR PLA: | L. Richard Fried, Jr.<br>John D. Thomas, Jr |
| ATTYS FOR DEFT: | Harry Yee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 04/19/2010 | TIME: | 9:04-9:08 |

COURT ACTION:  EP: Rule 16 Scheduling Conference held.

1. Non-jury trial on January 4, 2011 at 9:00 a.m. before DAE
2. Final Pretrial Conference on November 23, 2010 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by November 16, 2010
5. File motions to Join/Add Parties/Amend Pleadings by June 4, 2010
6. File other Non-Dispositive Motions by October 6, 2010
7. File Dispositive Motions by August 4, 2010
8a. File Motions in Limine by December 14, 2010
8b. File opposition memo to a Motion in Limine by December 21, 2010
11a. Plaintiff's Expert Witness Disclosures by July 5, 2010
11b. Defendant's Expert Witness Disclosures by August 4, 2010
12. Discovery deadline November 5, 2010
13. Settlement Conference set for August 11, 2010 at 02:00 PM before LEK
14. Settlement Conference statements by August 4, 2010
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by December 14, 2010
24. Exchange Exhibit and Demonstrative aids by December 7, 2010
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by December 14, 2010
26. File objections to the Exhibits by December 21, 2010
28a. File Deposition Excerpt Designations by December 14, 2010

28b.    File Deposition Counter Designations and Objections by December 21, 2010
29.     File Trial Brief by December 21, 2010
30.     File Findings of Fact & Conclusions of Law by December 21, 2010

Other Matters: Rule 16 Scheduling Order to be issued.


Submitted by: Warren N. Nakamura, Courtroom Manager










CIVIL NO. 10-00040DAE-LEK;
Philippe De La Couture, et al. Vs. United States of America;
Rule 16 Scheduling Conference Minutes
04/19/2010