FLORENCE T. NAKAKUNI 2286
United State Attorney
District of Hawaii

HARRY YEE 3790
Assistant U.S. Attorney
300 Ala Moana Boulevard
PJKK Federal Bldg., Rm. 6-100
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  Harry.Yee@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIPPE DE LA COUTURE and CHANTALLE C. DE LA COUTURE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>_____ | CIVIL NO. 10-00040 DAE LEK<br>(Medical Malpractice)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that pursuant the STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. § 2677 signed by the parties to the above-entitled action, the parties hereby stipulate that the present action be dismissed with prejudice, each party to bear its own costs.  However, this

action may be reinstated by either party or the court if the above entitled settlement is materially breached.  There are no remaining claims or parties.  This stipulation may be signed in counterparts.

   DATED: _____, at Honolulu, Hawaii.

         FLORENCE T. NAKAKUNI
         United States Attorney
         District of Hawaii


          /s/ Harry Yee
        By _____
         HARRY YEE
         Assistant U.S. Attorney

         Attorneys for Defendant
         UNITED STATES OF AMERICA


   DATED: _____, at Honolulu, Hawaii.


          /s/ L. Richard Fried, Jr.
         _____
         L. RICHARD FRIED, JR.
         JOHN D. THOMAS

         Attorneys for Plaintiffs


APPROVED AND SO ORDERED: June 2, 2010



            _____
            David Alan Ezra
            United States District Judge

_____

<u>De La Couture, et al. v. United States</u>; Civil No. 10-00040 DAE LEK; STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER